IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARIA CARBAJAL, | ) | CIV NO. 17-00272 LEK-RLP |
| Plaintiff, | ) | |
| vs. | ) | |
| DIAMOND RESORTS HAWAII COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company, DOES 1-10 inclusive, | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 01, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss Plaintiff's Complaint And Enter Default Against Plaintiff As To Defendant Diamond Resorts Hawaii Collection Development, LLC's Counterclaim", ECF NO. [36] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, December 12, 2017.



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**MARIA CARBAJAL VS. DIAMOND RESORTS HAWAII COLLECTION DEVELOPMENT, LLC; CIVIL NO. 17-00272 LEK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**