IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARIA CARBAJAL, | CIV NO. 17-00272 LEK-RLP |
| Plaintiff, | |
| vs. | |
| DIAMOND RESORTS HAWAII COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company, DOES 1-10 inclusive, | |
| Defendants. | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on parties on February 09, 2018 and by First Class U.S. Mail to Mitchell Reed Sussman, Esq., and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant In Part And Deny In Part Defendant And Counter-Claimant Diamond Resorts Hawaii Collection Development, LLC's Motion To Enter Default Judgment Against Maria Carbajal", ECF NO. [42] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, March 7, 2018.



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**MARCIA CARBAJAL VS. DIAMOND RESORTS HAWAII COLLECTION DEVELOPMENT, LLC; CIVIL 17-00272 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**